FILED

03/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0001

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0001

_____

STATE OF MONTANA,

Plaintiff,

vs.                                                                O R D E R

VIDAL X NOTAFRAID, JR.,

Defendant.

_____

Vidal X. Notafraid, Jr., via counsel, has petitioned to disqualify the Honorable Brett D. Linneweber from presiding in Cause Nos. DC 21-129, DC 21-375, DC 21-418, and DC 22-1049 in the Thirteenth Judicial District Court, Yellowstone County, pursuant to § 3-1-805, MCA.

It has come to this Court's attention that Judge Linneweber has disqualified himself from these cases.

IT IS THEREFORE ORDERED that the motion to disqualify Judge Linneweber is DENIED as MOOT.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Yellowstone County for notification to all counsel of record in Cause Nos. DC 21-129, DC 21-375, DC 21-418, and DC 22-1049, and to the Honorable Brett D. Linneweber.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 6 2023